# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In re: United National Machine Tool Inc | § | Case No. 16-13110-KCF |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Barry R. Sharer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $2,014,887.20 *(without deducting any secured claims)* | Assets Exempt: N/A |
| Total Distribution to Claimants: $371,671.00 | Claims Discharged Without Payment: N/A |
| Total Expenses of Administration: $551,546.99 | |

3) Total gross receipts of $ 923,217.99  (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $923,217.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $608,569.94 | $1,716,879.98 | $371,671.00 | $371,671.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 383,068.22 | 317,319.22 | 155,473.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 396,073.48 | 396,073.48 | 396,073.48 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,277,517.49 | 991,624.99 | 401,361.29 | 0.00 |
| **TOTAL DISBURSEMENTS** | $1,886,087.43 | $3,487,646.67 | $1,486,424.99 | $923,217.99 |

4)  This case was originally filed under Chapter 7 on February 22, 2016. The case was pending for 38 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/19/2019            By: /s/Barry R. Sharer

Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Credit refund | 1229-000 | 43.51 |
| TD Account | 1229-000 | 882.71 |
| Closing Chapter 11 bank account with Rabobank | 1229-000 | 36,490.50 |
| Refund of Chapter 11 bond | 1229-000 | 364.00 |
| Surcharge from Scottrade Financial Services | 1229-000 | 1,750.00 |
| Surcharge from Sterling National Bank | 1229-000 | 1,000.00 |
| Fixed assets sold at auction | 1129-000 | 882,687.27 |
| **TOTAL GROSS RECEIPTS** | | **$923,217.99** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | BB&T Bankruptcy | 4110-000 | N/A | 511,637.83 | 0.00 | 0.00 |
| 11 | Bank of the West | 4110-000 | 147,765.59 | 159,746.17 | 0.00 | 0.00 |
| 19 -2 | TD Auto Finance LLC | 4110-000 | 15,049.83 | 15,084.66 | 0.00 | 0.00 |
| 23S | ScottradeBank | 4110-000 | N/A | 135,000.00 | 0.00 | 0.00 |
| 25S-3 | South Hainesport Industrial Trust | 4110-000 | N/A | 16,380.00 | 0.00 | 0.00 |
| 26 | FC Partners, LP | 4110-000 | 445,754.52 | 507,360.32 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| BB&T | 4110-000 | N/A | 371,671.00 | 371,671.00 | 371,671.00 |
| **TOTAL SECURED CLAIMS** | | $608,569.94 | $1,716,879.98 | $371,671.00 | $371,671.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Barry R. Sharer | 2100-000 | N/A | 49,410.90 | 49,410.90 | 7,960.90 |
| Other - South Hainesport Industrial Trust | 2410-000 | N/A | 85,749.00 | 20,000.00 | 3,222.32 |
| U.S. Trustee Quarterly Fees - U.S. TRUSTEE OFFICE | 2950-000 | N/A | 975.00 | 975.00 | 975.00 |
| Trustee Expenses - Barry R. Sharer | 2200-000 | N/A | 29.03 | 29.03 | 4.68 |
| Other - Trenk DiPasquale Della Fera Sodono | 3210-000 | N/A | 106,145.00 | 106,145.00 | 17,101.67 |
| Other - Trenk DiPasquale Della Fera Sodono | 3220-000 | N/A | 2,592.10 | 2,592.10 | 417.63 |
| Accountant for Trustee Fees (Trustee Firm) - Sharer Petree Brotz & Snyder | 3310-000 | N/A | 14,710.00 | 14,710.00 | 2,370.02 |
| Accountant for Trustee Expenses (Trustee Firm) - Sharer Petree Brotz & Snyder | 3320-000 | N/A | 42.80 | 42.80 | 6.90 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 40.48 | 40.48 | 40.48 |
| Other - Verizon | 2420-000 | N/A | 882.06 | 882.06 | 882.06 |
| Other - PSEG | 2420-000 | N/A | 3,636.58 | 3,636.58 | 3,636.58 |
| Other - First Insurance | 2420-000 | N/A | 1,543.82 | 1,543.82 | 1,543.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Tyco Integrated Security LLC | 2420-000 | N/A | 566.54 | 566.54 | 566.54 |
| Other - PSEG | 2420-000 | N/A | 3,110.76 | 3,110.76 | 3,110.76 |
| Other - First Insurance Funding | 2420-000 | N/A | 1,543.82 | 1,543.82 | 1,543.82 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 46.01 | 46.01 | 46.01 |
| Other - First Insurance Funding Corp. | 2420-000 | N/A | 1,593.82 | 1,593.82 | 1,593.82 |
| Other - South Hainesport Industrial Trust | 2410-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Other - PSEG | 2420-000 | N/A | 2,953.89 | 2,953.89 | 2,953.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 31.41 | 31.41 | 31.41 |
| Other - INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 5.57 | 5.57 | 5.57 |
| Other - South Hainesport Industrial Trust | 2410-000 | N/A | 7,500.00 | 7,500.00 | 7,500.00 |
| Other - State of New Jersey Division of Motor Vehicle | 2420-000 | N/A | 60.00 | 60.00 | 60.00 |
| Other - PSEG | 2420-000 | N/A | 4,591.22 | 4,591.22 | 4,591.22 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 19.14 | 19.14 | 19.14 |
| Other - Philip A. Donahue | 2410-000 | N/A | 225.00 | 225.00 | 225.00 |

| | | | | | |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 1,027.39 | 1,027.39 | 1,027.39 |
| Other - State of New Jersey - CBT | 2690-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 57.71 | 57.71 | 57.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,317.73 | 1,317.73 | 1,317.73 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,186.12 | 1,186.12 | 1,186.12 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 57.71 | 57.71 | 57.71 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 57.71 | 57.71 | 57.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,395.98 | 1,395.98 | 1,395.98 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 1,266.97 | 1,266.97 | 1,266.97 |
| Other - Bank of the West | 2990-000 | N/A | 56,175.19 | 56,175.19 | 56,175.19 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 57.71 | 57.71 | 57.71 |
| Other - Lakeland Bank | 2990-000 | N/A | 7,021.90 | 7,021.90 | 7,021.90 |
| Other - Leaf Capital | 2990-000 | N/A | 7,021.90 | 7,021.90 | 7,021.90 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 57.71 | 57.71 | 57.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 898.77 | 898.77 | 898.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 63.90 | 63.90 | 63.90 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 57.71 | 57.71 | 57.71 |
| Other - HILL ARCHIVE | 2990-000 | N/A | 57.71 | 57.71 | 57.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.88 | 55.88 | 55.88 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 57.71 | 57.71 | 57.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 61.41 | 61.41 | 61.41 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 57.71 | 57.71 | 57.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 57.42 | 57.42 | 57.42 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 57.71 | 57.71 | 57.71 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 55.34 | 55.34 | 55.34 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 57.58 | 57.58 | 57.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 62.77 | 62.77 | 62.77 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.09 | 53.09 | 53.09 |
| Other - State of New Jersey-CBT | 2820-000 | N/A | 750.00 | 750.00 | 750.00 |
| Other - Hill Archive | 2410-000 | N/A | 57.58 | 57.58 | 57.58 |
| Other - HILL ARCHIVE | 2410-000 | N/A | 57.58 | 57.58 | 57.58 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.32 | 56.32 | 56.32 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 53.56 | 53.56 | 53.56 |

| | | | | | |
|---|---|---|---|---|---|
| Other - HILL ARCHIVE | 2410-000 | N/A | 1,688.41 | 1,688.41 | 1,688.41 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 58.93 | 58.93 | 58.93 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 51.06 | 51.06 | 51.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 56.26 | 56.26 | 56.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 54.42 | 54.42 | 54.42 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.05 | 28.05 | 28.05 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 33.03 | 33.03 | 33.03 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 30.00 | 30.00 | 30.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.97 | 28.97 | 28.97 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 32.94 | 32.94 | 32.94 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 27.91 | 27.91 | 27.91 |
| Trustee Expenses - Sharer Petree Brotz & Snyder | 2200-000 | N/A | 4,594.06 | 4,594.06 | 4,594.06 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 28.75 | 28.75 | 28.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $383,068.22 | $317,319.22 | $155,473.51 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Barry R. Sharer, Trustee | 6101-000 | N/A | 62,097.46 | 62,097.46 | 62,097.46 |
| Barry R. Sharer, Trustee | 6102-000 | N/A | 376.44 | 376.44 | 376.44 |
| Trenk DiPasquale Della Fera Sodono | 6210-000 | N/A | 101,844.00 | 101,844.00 | 101,844.00 |
| Trenk DiPasquale Della Fera Sodono | 6220-000 | N/A | 1,797.39 | 1,797.39 | 1,797.39 |
| Sharer Petree Brotz & Snyder | 6310-000 | N/A | 50,807.50 | 50,807.50 | 50,807.50 |
| Sharer Petree Brotz & Snyder | 6320-000 | N/A | 187.13 | 187.13 | 187.13 |
| Wm. F. Comly & Sons, Inc. | 6610-000 | N/A | 115,000.65 | 115,000.65 | 115,000.65 |
| Wm. F. Comly & Sons, Inc. | 6620-000 | N/A | 63,962.91 | 63,962.91 | 63,962.91 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $396,073.48 | $396,073.48 | $396,073.48 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BB&T Bankruptcy | 7100-000 | N/A | 98,911.63 | 98,911.63 | 0.00 |
| 2 | BB&T Bankruptcy | 7100-000 | N/A | 29,963.96 | 29,963.96 | 0.00 |
| 3 | Dell Financial Services | 7100-000 | 6,000.00 | 6,145.91 | 6,145.91 | 0.00 |
| 5 | MSC Industrial Supply | 7100-000 | 10,755.87 | 11,047.56 | 11,047.56 | 0.00 |
| 6 | CIT FINANCE, LLC | 7100-000 | 19,817.97 | 24,947.81 | 24,947.81 | 0.00 |
| 7 | W.W. Grainger, Inc. | 7100-000 | 618.03 | 1,621.21 | 1,621.21 | 0.00 |
| 8 -2 | Leaf Capital Funding, LLC | 7100-000 | 32,554.30 | 30,993.78 | 30,993.78 | 0.00 |
| 9 | Personnel Concepts | 7100-000 | 356.84 | 356.84 | 356.84 | 0.00 |
| 10 | Safty-Kleen/Clean Harbors | 7100-000 | 5,801.01 | 2,475.78 | 2,475.78 | 0.00 |
| 12 | Tri-Steel | 7100-000 | 45,847.00 | 45,847.00 | 45,847.00 | 0.00 |
| 13 | Sterling National Bank | 7100-000 | 143,865.15 | 168,212.00 | 0.00 | 0.00 |
| 14 | Lakeland Bank | 7100-000 | N/A | 53,420.12 | 0.00 | 0.00 |
| 15 | McMaster-Carr Supply Company | 7100-000 | 2,841.62 | 2,841.62 | 2,841.62 | 0.00 |
| 16 | TCF Equipment Finance | 7100-000 | N/A | 16,355.83 | 0.00 | 0.00 |
| 17 -2 | Dept. of the Treasury | 7100-000 | N/A | 1,578.12 | 1,578.12 | 0.00 |
| 18 | ADJ Group, LLC | 7100-000 | 11,009.58 | 9,981.58 | 9,981.58 | 0.00 |
| 21 | Northeast Precision Machinery, Inc. | 7100-000 | 8,764.72 | 8,764.72 | 8,764.72 | 0.00 |
| 22 | PSE&G | 7100-000 | N/A | 6,579.39 | 6,579.39 | 0.00 |
| 23U | ScottradeBank | 7100-000 | 153,411.19 | 20,960.55 | 20,960.55 | 0.00 |
| 24 | WB Mason | 7100-000 | 841.10 | 841.01 | 841.01 | 0.00 |
| 25U-3 | South Hainesport Industrial Trust | 7100-000 | 50,928.00 | 93,176.00 | 93,176.00 | 0.00 |
| 27 | Carlson Converting Solutions, LLC | 7100-000 | N/A | 352,275.75 | 0.00 | 0.00 |

| 28 | Carlson Converting Solutions, LLC | 7100-000 | N/A | N/A | 0.00 | 0.00 |
|---|---|---|---|---|---|---|
| 30 | Form Tool Technology, Inc. | 7200-000 | N/A | 4,326.82 | 4,326.82 | 0.00 |
| NOTFILED | Metal Stock | 7100-000 | 515.57 | N/A | N/A | 0.00 |
| NOTFILED | Lowes | 7100-000 | 1,016.56 | N/A | N/A | 0.00 |
| NOTFILED | Machinery Finance Co | 7100-000 | 15,229.09 | N/A | N/A | 0.00 |
| NOTFILED | Luk Oil | 7100-000 | 267.59 | N/A | N/A | 0.00 |
| NOTFILED | Mt. Penn Tool & Machine Co | 7100-000 | 554.64 | N/A | N/A | 0.00 |
| NOTFILED | Loan Me Inc | 7100-000 | 73,349.46 | N/A | N/A | 0.00 |
| NOTFILED | Ron Jones | 7100-000 | 782.14 | N/A | N/A | 0.00 |
| NOTFILED | Cutting Edge Tool | 7100-000 | 2,562.43 | N/A | N/A | 0.00 |
| NOTFILED | East Coast Steel | 7100-000 | 6,375.00 | N/A | N/A | 0.00 |
| NOTFILED | Cintas | 7100-000 | 1,951.88 | N/A | N/A | 0.00 |
| NOTFILED | Federal Express | 7100-000 | 572.62 | N/A | N/A | 0.00 |
| NOTFILED | Capital One | 7100-000 | 5,541.32 | N/A | N/A | 0.00 |
| NOTFILED | Ford Service Card | 7100-000 | 296.62 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 288.58 | N/A | N/A | 0.00 |
| NOTFILED | Muenz Engineered Sales | 7100-000 | 11,155.85 | N/A | N/A | 0.00 |
| NOTFILED | Global Merchant Cash | 7100-000 | 102,144.22 | N/A | N/A | 0.00 |
| NOTFILED | Liberty Tool | 7100-000 | 2,705.99 | N/A | N/A | 0.00 |
| NOTFILED | Fortune Machinery Service | 7100-000 | 1,043.25 | N/A | N/A | 0.00 |
| NOTFILED | Wawa | 7100-000 | 62.01 | N/A | N/A | 0.00 |
| NOTFILED | Principal Life Group | 7100-000 | 191.21 | N/A | N/A | 0.00 |
| NOTFILED | Verizon | 7100-000 | 878.70 | N/A | N/A | 0.00 |
| NOTFILED | Pennsylvania Metallurgical Inc. | 7100-000 | 3,097.32 | N/A | N/A | 0.00 |
| NOTFILED | Quarterspot | 7200-000 | 131,752.42 | N/A | N/A | 0.00 |
| NOTFILED | UNUM life Insurance Co. | 7100-000 | 4,028.72 | N/A | N/A | 0.00 |
| NOTFILED | Steve Spencer Machinery | 7100-000 | 757.50 | N/A | N/A | 0.00 |
| NOTFILED | Radiac Abrasives Inc. | 7100-000 | 722.30 | N/A | N/A | 0.00 |
| NOTFILED | S.J. Welding | 7100-000 | 76.62 | N/A | N/A | 0.00 |
| NOTFILED | Orkin | 7100-000 | 72.81 | N/A | N/A | 0.00 |
| NOTFILED | Verizon Wireless | 7100-000 | 178.28 | N/A | N/A | 0.00 |
| NOTFILED | Oberg Brothers | 7100-000 | 5,801.32 | N/A | N/A | 0.00 |
| NOTFILED | Techni Solutions | 7100-000 | 994.32 | N/A | N/A | 0.00 |
| NOTFILED | Winhill Group | 7100-000 | 290,812.63 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Sunoco | 7100-000 | 392.53 | N/A | N/A | 0.00 |
| NOTFILED | Tyco Interated Security, LLC | 7100-000 | 506.86 | N/A | N/A | 0.00 |
| NOTFILED | Nets Trailer Leasing | 7100-000 | 525.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 750.42 | N/A | N/A | 0.00 |
| NOTFILED | Network Billing | 7100-000 | 306.64 | N/A | N/A | 0.00 |
| NOTFILED | Blue Tarp Financial | 7100-000 | 985.85 | N/A | N/A | 0.00 |
| NOTFILED | TN Tool Cutter | 7100-000 | 2,802.50 | N/A | N/A | 0.00 |
| NOTFILED | Robert Donahue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 19,817.97 | N/A | N/A | 0.00 |
| NOTFILED | Tin Dinh | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Thanh Nguyen | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Thomas Tressel | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Wayne DiGIrolamo | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Administrative & Bookkeeping Sevices | 7100-000 | 1,500.00 | N/A | N/A | 0.00 |
| NOTFILED | at&t Long Distance | 7100-000 | 77.97 | N/A | N/A | 0.00 |
| NOTFILED | American Funding | 7100-000 | 76,550.17 | N/A | N/A | 0.00 |
| NOTFILED | AmeriHealth | 7100-000 | 14,065.23 | N/A | N/A | 0.00 |
| NOTFILED | Steven Janice | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Maureen Donahue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Philip Donahue | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Arthur Norton | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Cathy Potter | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dominick Tortorelli | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Donald Bickling | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| NOTFILED | Kyle Janice | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Kevin Novak | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Dung Pham | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,277,517.49 | $991,624.99 | $401,361.29 | $0.00 |

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-13110-KCF | **Trustee:** (500610) Barry R. Sharer |
| **Case Name:** United National Machine Tool Inc | **Filed (f) or Converted (c):** 10/07/16 (c) |
| | **§341(a) Meeting Date:** 11/09/16 |
| **Period Ending:** 11/19/19 | **Claims Bar Date:** 02/07/17 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Credit refund  (u) | 0.00 | 0.00 | | 43.51 | FA |
| 2 | BB & T bank | 722.66 | 0.00 | | 0.00 | FA |
| 3 | TD Account  (u)<br>Balance at conversion | 0.00 | 0.00 | | 882.71 | FA |
| 4 | Cash on hand<br>funds fully used during the Chapter 11 | 101.27 | 0.00 | | 0.00 | FA |
| 5 | Bank of America<br>funds fully used during the Chapter 11 | 128,584.35 | 0.00 | | 0.00 | FA |
| 6 | Citizens Bank Account<br>funds fully used during the Chapter 11 | 15,712.23 | 0.00 | | 0.00 | FA |
| 7 | Office furniture<br>sold at auction - see #18 | 4,500.00 | 0.00 | | 0.00 | FA |
| 8 | 2012 Ford Van<br>sold at auction - see #18 | 14,212.00 | 0.00 | | 0.00 | FA |
| 9 | 2005 Chevrolet Kodiak Dump Truck<br>sold at auction- see #18 | 19,000.00 | 0.00 | | 0.00 | FA |
| 10 | Machinery and Equipment<br>sold at auction - see #18 | 1,488,060.00 | 0.00 | | 0.00 | FA |
| 11 | Master cam seats - USB keys for software<br>sold at auction - see #18 | 5,600.00 | 0.00 | | 0.00 | FA |
| 12 | Closing Chapter 11 bank account with Rabobank  (u) | 0.00 | 36,490.50 | | 36,490.50 | FA |
| 13 | Accounts Receivable | 338,394.69 | 0.00 | OA | 0.00 | FA |
| 14 | Potential Claim against Ralph Samonons  (u) | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Refund of Chapter 11 bond  (u) | 0.00 | 364.00 | | 364.00 | FA |
| 16 | Surcharge from Scottrade Financial Services  (u) | 0.00 | 1,750.00 | | 1,750.00 | FA |
| 17 | Surcharge from Sterling National Bank  (u) | 0.00 | 1,000.00 | | 1,000.00 | FA |
| 18 | Fixed assets sold at auction<br>Asset nos. 7, 8, 9, 10 and 11. | 0.00 | 440,797.28 | | 882,687.27 | FA |
| **18** | **Assets**   Totals (Excluding unknown values) | **$2,014,887.20** | **$480,401.78** | | **$923,217.99** | **$0.00** |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 16-13110-KCF | **Trustee:** (500610) Barry R. Sharer |
| **Case Name:** United National Machine Tool Inc | **Filed (f) or Converted (c):** 10/07/16 (c) |
| | **§341(a) Meeting Date:** 11/09/16 |
| **Period Ending:** 11/19/19 | **Claims Bar Date:** 02/07/17 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

09/30/18- Working on TFRWill be filed by the end of 2018.

9/30/17 - Wrapping up final matters in case.

Assets are being sold at auction.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | June 30, 2018 | **Current Projected Date Of Final Report (TFR):** | June 10, 2019 (Actual) |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 16-13110-KCF
**Case Name:** United National Machine Tool Inc

**Taxpayer ID #:** **-***3761
**Period Ending:** 11/19/19

**Trustee:** Barry R. Sharer (500610)
**Bank Name:** Mechanics Bank
**Account:** ******3566 - Checking Account
**Blanket Bond:** $48,993,100.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/13/16 | {1} | Verizon | Refund | 1229-000 | 43.51 | | 43.51 |
| 10/24/16 | {12} | United National Machine Tool, Inc. | Chapter 11 funds deposited into Chapter 7 account | 1229-000 | 36,490.50 | | 36,534.01 |
| 10/26/16 | 101 | Verizon | Account 609 265 3681 | 2420-000 | | 882.06 | 35,651.95 |
| 10/26/16 | 102 | PSEG | account 72 629 462 18 | 2420-000 | | 3,636.58 | 32,015.37 |
| 10/26/16 | 103 | First Insurance | acct. 900-2534303 | 2420-000 | | 1,543.82 | 30,471.55 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 30,461.55 |
| 11/02/16 | 104 | Tyco Integrated Security LLC | Alarm system monitoring | 2420-000 | | 566.54 | 29,895.01 |
| 11/16/16 | 105 | PSEG | Payment of utilities | 2420-000 | | 3,110.76 | 26,784.25 |
| 11/28/16 | 106 | First Insurance Funding | Acct. #900-2534303 | 2420-000 | | 1,543.82 | 25,240.43 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 46.01 | 25,194.42 |
| 12/13/16 | {3} | TD Bank | Close payroll account | 1229-000 | 882.71 | | 26,077.13 |
| 12/13/16 | 107 | First Insurance Funding Corp. | Insurance payment - 900-2534303 | 2420-000 | | 1,593.82 | 24,483.31 |
| 12/13/16 | 108 | South Hainesport Industrial Trust | rent - December | 2410-000 | | 7,500.00 | 16,983.31 |
| 12/19/16 | 109 | PSEG | Payment of electric bill for service | 2420-000 | | 2,953.89 | 14,029.42 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 31.41 | 13,998.01 |
| 01/03/17 | 110 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/03/2017 FOR CASE #16-13110, BOND #016026385 | 2300-000 | | 5.57 | 13,992.44 |
| 01/19/17 | {15} | Global Surety, LLC | Refund of Trustee's bond for Chapter 11 | 1229-000 | 364.00 | | 14,356.44 |
| 01/19/17 | 111 | South Hainesport Industrial Trust | January rent | 2410-000 | | 7,500.00 | 6,856.44 |
| 01/31/17 | 112 | State of New Jersey Division of Motor Vehicle | duplicate title request | 2420-000 | | 60.00 | 6,796.44 |
| 01/31/17 | 113 | PSEG | January payment<br>Voided on 01/31/17 | 2420-000 | | 4,791.22 | 2,005.22 |
| 01/31/17 | 113 | PSEG | January payment<br>Voided: check issued on 01/31/17 | 2420-000 | | -4,791.22 | 6,796.44 |
| 01/31/17 | 114 | PSEG | January payment | 2420-000 | | 4,591.22 | 2,205.22 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.14 | 2,186.08 |
| 02/22/17 | {17} | Sterling National Bank | Surcharge payment per consent Order dated 1/5/17 | 1229-000 | 1,000.00 | | 3,186.08 |
| 02/22/17 | {16} | Jenkins & Kling, P.C. | Surcharge payment | 1229-000 | 1,750.00 | | 4,936.08 |
| 02/27/17 | {18} | Wm F Comly & Son, Inc. | Proceeds from auction | 1129-000 | 882,687.27 | | 887,623.35 |
| 02/27/17 | 115 | Philip A. Donahue | 1 day record storage company | 2410-000 | | 225.00 | 887,398.35 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 887,388.35 |
| 03/06/17 | 116 | HILL ARCHIVE | Invoice #222558-626 storage | 2410-000 | | 1,027.39 | 886,360.96 |
| 03/07/17 | 117 | State of New Jersey - CBT | 2016 tax retun Form CBT-100S-V | 2690-000 | | 1,500.00 | 884,860.96 |

Subtotals :  $923,217.99  $38,357.03

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 16-13110-KCF | | **Trustee:** | Barry R. Sharer (500610) | | |
| **Case Name:** | United National Machine Tool Inc | | **Bank Name:** | Mechanics Bank | | |
| | | | **Account:** | ******3566 - Checking Account | | |
| **Taxpayer ID #:** | **-***3761 | | **Blanket Bond:** | $48,993,100.00   (per case limit) | | |
| **Period Ending:** | 11/19/19 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 03/23/17 | 118 | HILL ARCHIVE | Record storage | | 2410-000 | | 57.71 | 884,803.25 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 1,317.73 | 883,485.52 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 1,186.12 | 882,299.40 |
| 05/02/17 | 119 | HILL ARCHIVE | invoice # 030506 | | 2410-000 | | 57.71 | 882,241.69 |
| 05/23/17 | 120 | HILL ARCHIVE | Storage - invoice #030866 | | 2410-000 | | 57.71 | 882,183.98 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 1,395.98 | 880,788.00 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 1,266.97 | 879,521.03 |
| 07/05/17 | 121 | Bank of the West | Payment per Order for Turnover dated<br>06/27/17 | | 2990-000 | | 56,175.19 | 823,345.84 |
| 07/10/17 | 122 | HILL ARCHIVE | record storage | | 2410-000 | | 57.71 | 823,288.13 |
| 07/11/17 | 123 | BB&T | per Order dated 7/6/17 | | 4110-000 | | 371,671.00 | 451,617.13 |
| 07/11/17 | 124 | Lakeland Bank | Per Order dated 07/06/17 | | 2990-000 | | 7,021.90 | 444,595.23 |
| 07/11/17 | 125 | Leaf Capital | Per Order dated 07/06/17 | | 2990-000 | | 7,021.90 | 437,573.33 |
| 07/11/17 | 126 | U.S. TRUSTEE OFFICE | quarterly fees | | 2950-000 | | 325.00 | 437,248.33 |
| 07/12/17 | 127 | Trenk DiPasquale Della Fera<br>Sodono | Payment of fees & expenses per Order dated<br>6/26/17 | | | | 103,641.39 | 333,606.94 |
| | | | Expenses per Order<br>dated 6/26/17 | 1,797.39 | 6220-000 | | | 333,606.94 |
| | | | fees per Order dated<br>6/26/17 | 101,844.00 | 6210-000 | | | 333,606.94 |
| 07/12/17 | 128 | Wm. F. Comly & Sons, Inc. | Per Order dated 5/11/17 | | | | 178,963.56 | 154,643.38 |
| | | | Fees | 115,000.65 | 6610-000 | | | 154,643.38 |
| | | | Expenses | 63,962.91 | 6620-000 | | | 154,643.38 |
| 07/12/17 | 129 | Sharer Petree Brotz & Snyder | Per Order dated 02/10/17 | | | | 50,994.63 | 103,648.75 |
| | | | Fees | 50,807.50 | 6310-000 | | | 103,648.75 |
| | | | Expenses | 187.13 | 6320-000 | | | 103,648.75 |
| 07/17/17 | 130 | Barry R. Sharer, Trustee | Payment of Chapter 11 Trustee commissions | | | | 62,473.90 | 41,174.85 |
| | | | fees | 62,097.46 | 6101-000 | | | 41,174.85 |
| | | | Expenses | 376.44 | 6102-000 | | | 41,174.85 |
| 07/25/17 | 131 | HILL ARCHIVE | record storage - July | | 2410-000 | | 57.71 | 41,117.14 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 898.77 | 40,218.37 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 63.90 | 40,154.47 |
| 09/12/17 | 132 | HILL ARCHIVE | storage- invoice 032009 | | 2410-000 | | 57.71 | 40,096.76 |
| 09/21/17 | 133 | HILL ARCHIVE | storage - August inv. 032409 | | 2990-000 | | 57.71 | 40,039.05 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 55.88 | 39,983.17 |
| 10/18/17 | 134 | HILL ARCHIVE | September storage | | 2410-000 | | 57.71 | 39,925.46 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 61.41 | 39,864.05 |

Subtotals :          $0.00          $844,996.91

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 16-13110-KCF
Case Name: United National Machine Tool Inc

Taxpayer ID #: **-***3761
Period Ending: 11/19/19

Trustee: Barry R. Sharer (500610)
Bank Name: Mechanics Bank
Account: ******3566 - Checking Account
Blanket Bond: $48,993,100.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/27/17 | 135 | HILL ARCHIVE | record storage | 2410-000 | | 57.71 | 39,806.34 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.42 | 39,748.92 |
| 12/20/17 | 136 | HILL ARCHIVE | Record Storage | 2410-000 | | 57.71 | 39,691.21 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.34 | 39,635.87 |
| 01/08/18 | 137 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2018 FOR CASE #16-13110, Bond # 016026385 | 2300-000 | | 12.40 | 39,623.47 |
| 01/17/18 | 138 | HILL ARCHIVE | Storage - Jan. | 2410-000 | | 57.58 | 39,565.89 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.77 | 39,503.12 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.09 | 39,450.03 |
| 03/06/18 | 139 | State of New Jersey-CBT | Fed. #22-3593761 tax year 2017 | 2820-000 | | 750.00 | 38,700.03 |
| 03/06/18 | 140 | Hill Archive | Storage fees | 2410-000 | | 57.58 | 38,642.45 |
| 03/27/18 | 141 | HILL ARCHIVE | Monthly storage | 2410-000 | | 57.58 | 38,584.87 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.32 | 38,528.55 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.56 | 38,474.99 |
| 05/01/18 | 142 | HILL ARCHIVE | invoices 035207 & 228558-963 for destruction of records | 2410-000 | | 1,688.41 | 36,786.58 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.93 | 36,727.65 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 51.06 | 36,676.59 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 56.26 | 36,620.33 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.42 | 36,565.91 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.05 | 36,537.86 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.03 | 36,504.83 |
| 11/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 30.00 | 36,474.83 |
| 12/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.97 | 36,445.86 |
| 01/08/19 | 143 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/08/2019 FOR CASE #16-13110, Bond #016026385 | 2300-000 | | 28.08 | 36,417.78 |
| 01/31/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 32.94 | 36,384.84 |
| 02/28/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 27.91 | 36,356.93 |
| 03/25/19 | 144 | U.S. TRUSTEE OFFICE | Quarterly fees | 2950-000 | | 650.00 | 35,706.93 |
| 03/25/19 | 145 | Sharer Petree Brotz & Snyder | reimbursement for battery and PSEG bills | 2200-000 | | 4,594.06 | 31,112.87 |
| 03/29/19 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 28.75 | 31,084.12 |
| 09/26/19 | 146 | South Hainesport Industrial Trust | Dividend paid  16.11% on $20,000.00, Admin. Rent (post-petition storage fees, leases, etc.); Reference: | 2410-000 | | 3,222.32 | 27,861.80 |
| 09/26/19 | 147 | Sharer Petree Brotz & Snyder | Dividend paid  16.11% on $14,710.00, | 3310-000 | | 2,370.02 | 25,491.78 |

Subtotals :          $0.00          $14,372.27

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 16-13110-KCF | **Trustee:** Barry R. Sharer (500610) |
| **Case Name:** United National Machine Tool Inc | **Bank Name:** Mechanics Bank |
| | **Account:** ******3566 - Checking Account |
| **Taxpayer ID #:** **-***3761 | **Blanket Bond:** $48,993,100.00  (per case limit) |
| **Period Ending:** 11/19/19 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Accountant for Trustee Fees (Trustee Firm);<br>Reference: | | | | |
| 09/26/19 | 148 | Sharer Petree Brotz & Snyder | Dividend paid  16.11% on $42.80, Accountant<br>for Trustee Expenses (Trustee Firm);<br>Reference: | 3320-000 | | 6.90 | 25,484.88 |
| 09/26/19 | 149 | Trenk DiPasquale Della Fera<br>Sodono | Dividend paid  16.11% on $106,145.00,<br>Attorney for Trustee Fees (Other Firm);<br>Reference:<br>Stopped on 10/15/19 | 3210-000 | | 17,101.67 | 8,383.21 |
| 09/26/19 | 150 | Trenk DiPasquale Della Fera<br>Sodono | Dividend paid  16.11% on $2,592.10, Attorney<br>for Trustee Expenses (Other Firm);  Reference:<br>Stopped on 10/15/19 | 3220-000 | | 417.63 | 7,965.58 |
| 09/26/19 | 151 | Barry R. Sharer | COMBINED CHECK FOR TRUSTEE<br>COMPENSATION, EXPENSES AND<br>INTEREST | | | 7,965.58 | 0.00 |
| | | | Dividend paid  16.11%          7,960.90<br>on $49,410.90;  Claim# ;<br>Filed: $49,410.90 | 2100-000 | | | 0.00 |
| | | | Dividend paid  16.11%               4.68<br>on $29.03;  Claim# ADM;<br>Filed: $29.03 | 2200-000 | | | 0.00 |
| 10/15/19 | 149 | Trenk DiPasquale Della Fera<br>Sodono | Dividend paid  16.11% on $106,145.00,<br>Attorney for Trustee Fees (Other Firm);<br>Reference:<br>Stopped: check issued on 09/26/19 | 3210-000 | | -17,101.67 | 17,101.67 |
| 10/15/19 | 150 | Trenk DiPasquale Della Fera<br>Sodono | Dividend paid  16.11% on $2,592.10, Attorney<br>for Trustee Expenses (Other Firm);  Reference:<br>Stopped: check issued on 09/26/19 | 3220-000 | | -417.63 | 17,519.30 |
| 10/15/19 | 152 | Trenk DiPasquale Della Fera<br>Sodono | Fees | 3210-000 | | 17,101.67 | 417.63 |
| 10/15/19 | 153 | Trenk DiPasquale Della Fera<br>Sodono | Expenses | 3220-000 | | 417.63 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 923,217.99 | 923,217.99 | **$0.00** |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 923,217.99 | 923,217.99 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$923,217.99** | **$923,217.99** | |

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 16-13110-KCF | |
| **Case Name:** | United National Machine Tool Inc | |
| **Taxpayer ID #:** | **-***3761 | |
| **Period Ending:** | 11/19/19 | |

| | |
|---|---|
| **Trustee:** | Barry R. Sharer (500610) |
| **Bank Name:** | Mechanics Bank |
| **Account:** | ******3566 - Checking Account |
| **Blanket Bond:** | $48,993,100.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3566** | **923,217.99** | **923,217.99** | **0.00** |
| | **$923,217.99** | **$923,217.99** | **$0.00** |

{} Asset reference(s)